No. A–926 (71–6522). SCHWARTZ *v.* UNITED STATES. Application for stay of execution of sentence for civil contempt presented to MR. JUSTICE MARSHALL, and by him referred to the Court, granted.

No. 71–718. MCGINNIS, CORRECTION COMMISSIONER, ET AL. *v.* ROYSTER ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 405 U. S. 986.] Motion for appointment of counsel granted. It is ordered that James J. McDonough, Esquire, and Matthew Muraskin, Esquire, of Mineola, New York, be, and they are hereby, appointed to serve as counsel for appellees in this case.